IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Starks, Brenda

Printed: 10/2/07

Case Number: 05 B 02167
Judge: Wedoff, Eugene R

Filed: 1/24/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 30, 2007
Confirmed: March 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 29,283.89 |  |
| Secured: |  | 15,444.02 |
| Unsecured: |  | 9,516.97 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,894.00 |
| Trustee Fee: |  | 1,420.09 |
| Other Funds: |  | 8.81 |
| Totals: | 29,283.89 | 29,283.89 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,894.00 | 2,894.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 13,677.13 | 3,393.94 |
| 4. | Ford Motor Credit Corporation | Secured | 12,050.08 | 12,050.08 |
| 5. | RoundUp Funding LLC | Unsecured | 584.88 | 584.88 |
| 6. | RoundUp Funding LLC | Unsecured | 489.51 | 489.51 |
| 7. | B-First | Unsecured | 983.70 | 983.70 |
| 8. | World Financial Network Nat'l | Unsecured | 37.89 | 37.89 |
| 9. | American General Finance | Unsecured | 1,166.18 | 1,166.18 |
| 10. | Ford Motor Credit Corporation | Unsecured | 4,317.86 | 4,317.86 |
| 11. | Capital One | Unsecured | 387.64 | 0.00 |
| 12. | World Financial Network Nat'l | Unsecured | 961.33 | 961.33 |
| 13. | Resurgent Capital Services | Unsecured | 421.69 | 421.69 |
| 14. | Kohl's/Kohl's Dept Stores | Unsecured | 553.93 | 553.93 |
| 15. | Capital One | Unsecured | 594.96 | 0.00 |
| 16. | Toyota Financial / Lexus Fin Sers | Secured |  | No Claim Filed |
| 17. | Bank Of America | Unsecured |  | No Claim Filed |
| 18. | Beneficial Illinois Inc | Unsecured |  | No Claim Filed |
| 19. | Household Credit Services | Unsecured |  | No Claim Filed |
| 20. | Household Bank FSB | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 39,120.78 | $ 27,854.99 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 95.99 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Starks, Brenda

Printed: 10/2/07

Case Number:  05 B 02167
Judge:  Wedoff, Eugene R
Filed:  1/24/05

|       |         |
|------:|--------:|
| 3%    |   72.00 |
| 5.5%  |  308.01 |
| 5%    |  939.56 |
| 5.4%  |    4.53 |
|       | _____ |
|       | $ 1,420.09 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley* (signature)